UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA M. GREENE,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No: 6:16-cv-237-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's complaint to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for a period of Social Security Disability Insurance benefits. (Doc. 1). The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections have been made to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 9, 2017 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on March 3, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record